UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| JAMES R. DAVIS, II, | ) | |
|---|---|---|
| Plaintiffs, | ) | |
| v. | ) | Cause No. 4:06CV65 RWS |
| CONNIE BARTON, et al., | ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before me on Plaintiff's motion to amend his complaint. I will grant the motion. Because I will grant Plaintiff's motion to amend, Defendants' motions to dismiss are moot and will be denied without prejudice.

Plaintiff shall have twenty (20) days from the date of this Order to file his amended complaint.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion to amend his complaint [#24] is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff shall file his amended complaint no later than **twenty (20) days from the date of this Order**.

**IT IS HEREBY FURTHER ORDERED** that Defendant's Motions to Dismiss [##11,13,18,20,30] are **DISMISSED** without prejudice.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 20th day of July, 2006